AARON HOROWITZ, Respondent, v. SOPHIE COHEN, as Administratrix, etc., Appellant.— Conditional upon compliance with the order of restitution, the motion is granted, without costs.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

In the Matter of the Probate of the Last Will and Testament of HENRY R. HOWELL, Deceased.— Motion denied on condition that appellant file and serve the undertaking within ten days after entry of the order; otherwise, motion granted, with ten dollars costs.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

In the Matter of HUGH KENNEY, Deceased.— Motion denied, without costs.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

HERMAN A. KLATT, Respondent, v. EMILIE KLATT, Appellant.— Motion denied, without costs.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

LUCY MADDEN, an Infant, by JOHN MADDEN, Her Guardian ad Litem, Respondent, v. NICHOLAS AVITABILE, Appellant.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

ROSE MEGUIN, Respondent, v. MARY BUEHLER, Appellant.— Motion denied, on condition that appellant perfect the appeal, place the case on the June calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

MICHAEL J. MURPHY, Appellant, v. YONKERS NATIONAL BANK, Respondent.— Motion granted, with ten dollars costs.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM H. HALE, Appellant.— Motion denied, without costs.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAURO SIMONE, Appellant.— Motion denied.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

THE PEOPLES TRUST COMPANY, Appellant, v. PATRICK H. FLYNN and Others, Defendants.   HAMILTON TRUST COMPANY, Respondent; LEANDER B. FABER, as Receiver, etc., Appellant.— Motion granted solely upon the question of the priority of the liens and case set down for Monday, June 4, 1917.   Present — Thomas, Stapleton, Mills and Rich, JJ.; Jenks, P. J., not voting.